UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| LINDA REED | * |
|     Plaintiff, | * |
| | * |
| VERSUS | *  CIVIL ACTION NO. 2:22-CV-00201 |
| | * |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON | *  JUDGE JAMES D. CAIN, JR. |
| | * |
| | *  MAG. KATHLEEN KAY |
|     Defendant. | * |

*********************************************

## JUDGMENT OF DISMISSAL

Considering the foregoing Motion to Dismiss with Prejudice;

**IT IS ORDERED** that the claims of Plaintiff, Linda Reed, against Defendants, Certain Underwriters at Lloyd's London subscribing to policy no. UIGMHOL18 16856 03 (referred to in the Complaint as "Certain Underwriters at Lloyd's, London"), are hereby dismissed with prejudice, each party to bear their own costs.

THUS DONE AND SIGNED in Chambers this 26th day of August, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE